## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **JOSEPH ELLIOT JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 21-0291 |
| | ) |
| **FRANKIE ORTIZ, MOSES FRANCIS, NAEMAH DANIEL, AND LESTER MITCHELL,**[1] | ) |
| | ) |
| **Defendants.** | ) |

**Appearances:**
**Joseph Elliot Jr.**
  *Pro Se*

**Venetia H. Velazquez, Esq.**
St. Croix, U.S.V.I.
  *For Defendants*

### ORDER

THIS MATTER comes before the Court on Magistrate Judge Ruth Miller's "Order and Report and Recommendation" (Dkt. No. 37); Defendants' First "Motion to Dismiss For Lack of Jurisdiction Or, Alternatively, For Failure to State A Claim" (Dkt. No. 19); and Defendants' Second "Motion to Dismiss for Lack of Jurisdiction Or, Alternatively, for Failure to State a Claim" (Dkt. No. 54). For the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Magistrate Judge Ruth Miller's Report and Recommendation (Dkt. No. 37) is **ADOPTED IN PART AS MODIFIED AND REJECTED IN PART**; and it is further

**ORDERED** that Plaintiff's claims against Defendants in their official capacities are **DISMISSED WITHOUT PREJUDICE**; and it is further

---

[1] All Defendants are sued individually and in their official capacities within the Virgin Islands Police Department. (Dkt. No. 5 at 1-2).

**ORDERED** that Plaintiff's claims against Defendants Naemah Daniel and Lester Mitchell in their individual capacities are **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiff's claims against Defendants Frankie Ortiz and Moses Francis in their individual capacities are allowed to **PROCEED**; and it is further

**ORDERED** that Plaintiff shall have up to and including **July 11, 2024** within which to file an amended complaint that addresses the deficiencies that the Court identified in its accompanying Memorandum Opinion; and it is further

**ORDERED** that in addressing the deficiencies identified by the Court, Plaintiff is not granted leave to add claims beyond those already asserted in his First Amended Complaint (Dkt. No. 5); and it is further

**ORDERED** that Defendants' First "Motion to Dismiss For Lack of Jurisdiction Or, Alternatively, For Failure to State A Claim" (Dkt. No. 19) is **DENIED**; and it is further

**ORDERED** that Defendants' Second "Motion to Dismiss for Lack of Jurisdiction Or, Alternatively, for Failure to State a Claim" (Dkt. No. 54) is **DENIED.**

   **SO ORDERED.**

Date: June 12, 2024                         _____/s/_____
                                            WILMA A. LEWIS
                                            District Judge